ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2010 JUN 16 P 12: 31

CLERK _B McCarthy_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JENNY M. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 309-021 |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Commissioner's final decision is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g), and this case is **REMANDED** to the Commissioner for further consideration in accordance the Court's opinion. Furthermore, Plaintiff's request that her case be re-assigned to a different Administrative Law Judge on remand is **DENIED**.[1]

SO ORDERED this 16th day of June, 2010, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has requested, if she is awarded benefits by the Commissioner on remand, an extension of thirty (30) days from the receipt of the "close-out letter" required by POMS GN 03930.091 to file the request for attorney's fees. Under POMS GN 03930.091, the Commissioner is required to send a claimant's counsel a "close-out letter" notifying counsel that a portion of the claimant's retroactive benefit is available for payment of a contingency fee. Upon consideration, Plaintiff's request is **GRANTED**. The motion for attorney's fees under the Social Security Act must be filed within thirty (30) days of receipt of the "'close-out letter" necessary for a calculation of the fee award.